IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAYLAN MCLEE, | ) | |
| | ) | Civil Action No. 18-1630 |
| Plaintiff, | ) | |
| | ) | Senior District Judge Joy Flowers Coni |
| v. | ) | Magistrate Judge Patricia L. Dodge |
| | ) | |
| DALE BROWN, JAMES PIERCE, | ) | |
| ADAM SIKORSKI and KIP | ) | |
| YAROSH, | ) | |
| | ) | |
| Defendants. | | |

### MEMORANDUM ORDER

Currently pending before the court are a motion for summary judgment (ECF No. 40) filed by plaintiff Daylan McLee ("McLee") and a motion for summary judgment (ECF No. 43) filed by defendants Dale Brown, James Pierce, Adam Sikorski, and Kip Yarosh (collectively "defendants").  Both Motions were referred to a United States Magistrate Judge in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges.

On February 19, 2021, the magistrate judge filed a Report and Recommendation ("R&R") (ECF No. 82) wherein she recommended that both motions for summary judgment be denied.  The parties were served with the R&R and advised that the deadline to file written objections to it was March 5, 2021.  As of today, no objections have been filed.  Accordingly, the following Order is now entered.

**AND NOW**, this 10th day of March 2021,

**IT IS HEREBY ORDERED** that the R&R (ECF No. 133) is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for summary judgment (ECF No. 40) filed by McLee is **HEREBY DENIED**;

**IT IS FURTHER ORDERED** that the motion for summary judgment (ECF No. 43) filed by defendants is **HEREBY DENIED**; and

**IT IS FURTHER ORDERED** that a telephonic status conference is scheduled before the undersigned judge for **March 24, 2021, at 1:45 p.m.** The court via email will provide the parties the dial-in information for the telephonic status conference.

                                      **IT IS SO ORDERED.**

                                      <u>/s/ Joy Flowers Conti</u>
                                      Joy Flowers Conti
                                      Senior United States District Judge